SERAFINI CONSTRUCTION CO. INC., Respondent, v. JOHN M. MULLINS, INC., et al., Appellants.— Appeal from an order of the Supreme Court, Special Term, entered in the office of the Clerk of the County of Broome on July 5, 1951, denying appellants' motion to change the place of trial. Order reversed, on the law and facts, with $10 costs, and the place of trial changed from Broome to Columbia County, upon the ground of the convenience of necessary and material witnesses. Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

■

In the Matter of 219 WEST 81 ST. CORPORATION, Petitioner, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Motions (1) by petitioner for a stay; (2) by respondent Consolidated Edison Company of New York, Inc., to vacate a stay heretofore granted and for other relief. Motion by petitioner for a stay granted upon the following terms: (a) That petitioner be ready to argue the case at the November, 1951, term; (b) That security in the sum of $5,000 be furnished by petitioner. The stay will be operative until the hearing and determination of the proceeding by this court. The printed record in the proceeding should be settled in abbreviated form and the exhibits need not be printed. This determination renders it unnecessary to decide the application of the moving respondent. Order to be settled before any Justice of this court. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 1029.]

■

# (September 20, 1951.)

■

In the Matter of the Claim of VICTORIA BRADY, Respondent, against P. A. TRUCKING CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. In the Matter of the Claim of MILDRED MOSS, Respondent, against P. A. TRUCKING Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Application in the above-entitled cases for a stay of proceedings on the part of the Workmen's Compensation Board and other parties. Application denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.